UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

ANDREW MACEWEN and
HOLLY MACEWEN,

Debtor(s).
_____ /

Case No. 12-00581
Chapter 7
Filed: January 27, 2012

## TRUSTEE'S MOTION TO PERMIT INTERIM DISTRIBUTION TO CLAIMANTS

NOW COMES Stephen L. Langeland, Chapter 7 Trustee, and for his Motion says:

1. The debtors filed a voluntary Petition for relief under Chapter 7 on January 27, 2012.

2. Stephen L. Langeland is the duly qualified and acting Trustee in this matter.

3. During the course of the administration of the estate, the Trustee has collected the following property of the estate:

    a. Monthly rent income from 5727 W. Q Ave.
    b. Monthly rent income from 6631 W. Q Ave.

4. As a result of said collection, the Trustee currently has on hand net proceeds in the amount of $15,551.46.

5. The remaining assets in the estate is the real property located at 6631 W. Q Ave. and the Trustee is attempting to close the sale of said real property.

6. That since the filing of this case, the Trustee has become subject to bank and technology service fees assessed on bankruptcy estate accounts. With respect to this estate the current assessment of fees is approximately $10 per month. If the Trustee waits to make a distribution on this case until the payment of full on the settlement, the estate will incur additional fees in the amount of approximately $100.00.

7. That the claims bar date in this matter has passed and the Trustee has examined the filed claims.

8. The Trustee proposes that he be allowed to pay the sum of $15,000.00 on an interim basis in accordance with the terms of the claims proposed distribution register attached hereto.

WHEREFORE, the Trustee prays for an Order as follows:

1. That the Motion be granted;

2. That the Trustee be authorized to pay interim Trustee expenses and compensation in the amount of $2,330.00 and $151.40, respectively;

3. That the Trustee be allowed to make other interim distributions in accordance with the terms of the attached claims proposed distribution register; and

4. For such other and further relief as the Court deems just and proper.

Dated: February 15, 2013                    /s/ Stephen L. Langeland
                                                    Stephen L. Langeland
                                                    Chapter 7 Trustee

# Claims Proposed Distribution

## Case: 12-00581   MACEWEN, ANDREW

**Case Balance:** $15,551.46    **Total Proposed Payment:** $15,000.00    **Remaining Balance:** $551.46

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 3 -1 | Fifth Third Bank | Secured | 8,319.92 | 8,319.92 | 0.00 | 8,319.92 | 8,319.92 | 6,680.08 |
|  | Stephen L. Langeland <2200-00 Trustee Expenses> | Admin Ch. 7 | 151.40 | 151.40 | 0.00 | 151.40 | 151.40 | 6,528.68 |
|  | Stephen L. Langeland <2100-00 Trustee Compensation> | Admin Ch. 7 | 2,330.00 | 2,330.00 | 0.00 | 2,330.00 | 2,330.00 | 4,198.68 |
| 1 -1 | GE Capital Retail Bank | Unsecured | 1,788.00 | 1,788.00 | 0.00 | 1,788.00 | 111.53 | 4,087.15 |
| 2 -1 | Fifth Third Bank | Unsecured | 5,285.23 | 5,285.23 | 0.00 | 5,285.23 | 329.65 | 3,757.50 |
| 4 -1 | FIA CARD SERVICES, N.A. | Unsecured | 24,696.95 | 24,696.95 | 0.00 | 24,696.95 | 1,540.40 | 2,217.10 |
| 5 -1 | FIA CARD SERVICES, N.A. | Unsecured | 8,968.51 | 8,968.51 | 0.00 | 8,968.51 | 559.38 | 1,657.72 |
| 6 -1 | FIA CARD SERVICES, N.A. | Unsecured | 24,452.82 | 24,452.82 | 0.00 | 24,452.82 | 1,525.17 | 132.55 |
| 7 -1 | Capital One, N.A. | Unsecured | 2,125.15 | 2,125.15 | 0.00 | 2,125.15 | 132.55 | 0.00 |
|  | **Total for Case 12-00581 :** |  | **$78,117.98** | **$78,117.98** | **$0.00** | **$78,117.98** | **$15,000.00** |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $2,481.40 | $2,481.40 | $0.00 | $2,481.40 | 100.000000% |
| Total Secured Claims : | $8,319.92 | $8,319.92 | $0.00 | $8,319.92 | 100.000000% |
| Total Unsecured Claims : | $67,316.66 | $67,316.66 | $0.00 | $4,198.68 | 6.237208% |